71 So.2d 301

**METROPOLITAN LIFE INS. CO. et al.**

v.

**KORNEGHY.**

**6 Div. 717.**

Supreme Court of Alabama.

March 25, 1954.

Lipscomb, Brobston, Jones & Brobston, Bessemer, for petitioner.

Cabaniss & Johnston and Burr, McKamy, Moore & Tate, Birmingham, opposed.

LIVINGSTON, Chief Justice.

The petition for certiorari to the Court of Appeals is not on transcript paper, as is required by Supreme Court Rule 36, Code 1940, Title 7 Appendix, and we have no alternative but to strike it. It is so ordered. Duckett v. State, 257 Ala. 589, 60 So.2d 357; Stovall v. State, 257 Ala. 116, 57 So. 2d 641; Bates v. General Steel Tank Co., 256 Ala. 466, 55 So.2d 218; Maddox v. City

of Birmingham, 255 Ala. 440, 52 So.2d 166; Nix v. State, 251 Ala. 1, 36 So.2d 456; Barnett v. Patillo, 251 Ala. 1, 36 So.2d 451; Anderson v. State, 251 Ala. 32, 36 So.2d 244; Farley v. State, 251 Ala. 391, 37 So. 2d 440; Johns v. Thomas H. Vaughn & Co., 251 Ala. 489, 38 So.2d 21; Haney v. State, 250 Ala. 664, 36 So.2d 117; Allen v. State, 249 Ala. 201, 30 So.2d 483; Peterson v. State, 248 Ala. 179, 27 So.2d 30. See Ex parte Wood, 215 Ala. 280, 110 So. 409.

Petition stricken.

SIMPSON, GOODWYN and MERRILL, JJ., concur.